Lawrence J. Vilardo

**IN THE DISTRICT COURT OF THE UNITED STATES**

ORIGINAL
RECEIVED AND FILED
UNITED STATES DISTRICT COURT CLERK
WESTERN DISTRICT OF NEW YORK

*For the Western District of New York*

JUL 2 3 2024

BY: _____

OCTOBER 2023 GRAND JURY
(Impaneled 10/27/2023)

THE UNITED STATES OF AMERICA

-vs-

**GINO PEACE SALTER**
(Counts 1-5)

▮▮▮▮ ▮▮▮▮
(Counts 1, 3)

**SEALED INDICTMENT**

24-CR-97

**Violations:**
Title 18, United States Code,
Sections 371, 922(a)(1)(A), 922(o),
933(a)(1), and 933(a)(3)
(5 Counts and Forfeiture Allegation)

COUNT 1

(Conspiracy to Commit Firearms Offenses)

**The Grand Jury Charges That:**

Between in or about July 1, 2023, and in or about August 10, 2023, the exact dates being unknown to the Grand Jury, in the Western District of New York, and elsewhere, the defendants, **GINO PEACE SALTER** and ▮▮▮▮ ▮▮▮▮, did knowingly and willfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit offenses against the United States, that is:

(a)    not being licensed importers, manufacturers, dealers, and collectors of firearms within the meaning of Chapter 44 of Title 18, United States Code, did willfully transport into, and receive in, the State where defendant **GINO PEACE SALTER**, resided, namely, the State of New York, firearms purchased and obtained outside the State of New York, namely,

from the State of Pennsylvania, in violation of Title 18, United States Code, Sections 922(a)(3) and 924(a)(1)(D);

(b)     in connection with the acquisition and attempted acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code, did knowingly make false and fictitious written statements to such licensed dealers, which statements were intended and likely to deceive the licensed dealers with respect to a fact material to the lawfulness of the sale and acquisition of a firearm under Chapter 44 of Title 18, United States Code, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2); and

(c)     not being licensed dealers, importers, and manufacturers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## OVERT ACTS

In furtherance of the conspiracy and to affect the objects thereof, within the Western District of New York, and elsewhere, the defendants, **GINO PEACE SALTER** and ▮▮▮▮▮ ▮▮▮▮▮, and others, known and unknown to the Grand Jury, committed, and caused to be committed, the following overt acts, among others:

1.      In or about early July 2023, the exact date being unknown, defendant **GINO PEACE SALTER** solicited defendant ▮▮▮▮▮ ▮▮▮▮▮ to purchase firearms for defendant **GINO PEACE SALTER**.

2.      On or about July 18, 2023, defendant ███████████ purchased one firearm, namely, a Glock 19, 9 mm, handgun, bearing serial number BSCG572, for defendant **GINO PEACE SALTER** from McKean County E-Sales, located in Smethport, Pennsylvania.

3.      In connection with the acquisition of the firearm set forth in Paragraph 2, above, defendant ████ ████ falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearm, when, in truth and in fact, defendant ████ ████ purchased the firearm for defendant **GINO PEACE SALTER**.

4.      Following the acquisition of the firearm set forth in Paragraph 2, above, ████ ████ and **GINO PEACE SALTER** transported and caused the firearm to be transported into the Western District of New York.

5.      On or about July 19, 2023, defendant ███████████ purchased two firearms, namely, a Stoeger, 9 mm, STR-9C pistol, bearing serial number T6429-21S18757, and a Smith and Wesson, SDVE, 9 mm handgun, bearing serial number FEH2046, for defendant **GINO PEACE SALTER** from Dunham's Sports, located in Bradford, Pennsylvania.

6.      In connection with the acquisition of the firearms set forth in Paragraph 5, above, defendant ███████████ falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearm, when, in truth and in fact, defendant ███████

███████ purchased the firearms for defendant **GINO PEACE SALTER**.

7.     Following the acquisition of the firearms set forth in Paragraph 5, above, ███████████████ and **GINO PEACE SALTER** transported and caused the firearms to be transported into the Western District of New York.

8.     On or about July 21, 2023, the defendant **GINO PEACE SALTER** sold the Stoeger, 9 mm, STR-9C pistol, bearing serial number T6429-21S18757, set forth in Paragraph 5, above, to Individual 1 in Buffalo, New York.

9.     On or about July 21, 2023, defendant █████████████ purchased two firearms, namely, a Ruger SR9, 9 mm, handgun, bearing serial number 335-91567, and a Ruger SR9, 9 mm, handgun, bearing serial number 337-96483, for defendant **GINO PEACE SALTER** from McKean County E-Sales, located in Smethport, Pennsylvania.

10.     In connection with the acquisition of the firearms set forth in Paragraph 9, above, defendant ████████ ████████ falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearm, when, in truth and in fact, defendant ███████ ███████ purchased the firearms for defendant **GINO PEACE SALTER**.

11.     Following the acquisition of the firearms set forth in Paragraph 9, above, ███████████████ and **GINO PEACE SALTER** transported and caused the firearms to be transported into the Western District of New York.

12. On or about July 23, 2023, defendant ███████████ attempted to purchase two firearms, namely, a Canik, 9 mm, pistol, model PT9, bearing serial number T6472-22CB40051, and a Glock, 9 mm pistol, model 43, bearing serial number BHYN178 for defendant **GINO PEACE SALTER** from McKean County E-Sales, located in Smethport, Pennsylvania. Defendant ███████████ was not able to take the firearms with her on this date because they were subject to a fifteen-day hold.

13. In connection with the acquisition of the firearms set forth in Paragraph 12, above, defendant ██████ ██████ falsely represented on an ATF Form 4473 that she was to be the actual purchaser of the firearm, when, in truth and in fact, defendant ██████ ██████ purchased the firearms for defendant **GINO PEACE SALTER.**

14. On or about August 9, 2023, defendants ███████████ and **GINO PEACE SALTER** took possession of the firearms set forth in Paragraph 12, above. The same day, defendant **GINO PEACE SALTER** transported the firearms into the Western District of New York via his vehicle, namely a 2020 Kia Soul. Defendant **GINO PEACE SALTER's** vehicle was stopped within the Western District of New York and the firearms set forth in Paragraph 12, above, were found.

**All in violation of Title 18, United States Code, Section 371.**

## COUNT 2

### (Engaging in Firearms Business Without a License))

### The Grand Jury Further Charges That:

Between in or about June 1, 2023, the exact date being unknown to the Grand Jury, and on or about December 31, 2023, in the Western District of New York, the defendant, **GINO PEACE SALTER**, not being a licensed dealer, importer, and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

**All in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).**

## COUNT 3

### (Conspiracy to Traffic in Firearms)

### The Grand Jury Further Charges That:

Between in or about July 1, 2023, the exact date being unknown to the Grand Jury, and continuing until on or about August 10, 2023, in the Western District of New York and elsewhere, the defendants, **GINO PEACE SALTER** and ▮▮▮▮▮▮ ▮▮▮▮▮▮ did knowingly and willfully combine, conspire, and agree together and with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to ship, transport, transfer, cause to be transported, and otherwise dispose of firearms, to wit: a Glock 19, 9 mm, handgun, bearing serial number BSCG572; a Stoeger, 9 mm, STR-9C pistol, bearing serial number T6429-21S18757; a Smith and Wesson, SDVE, 9 mm handgun, bearing serial number FEH2046; a Ruger SR9, 9 mm, handgun, bearing serial number 335-91567; a Ruger

SR9, 9 mm, handgun, bearing serial number 337-96483; a Canik, 9 mm, pistol, model PT9, bearing serial number T6472-22CB40051, and a Glock, 9 mm pistol, model 43, bearing serial number BHYN178, to **GINO PEACE SALTER**, in and otherwise affecting interstate commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by **GINO PEACE SALTER** would constitute a felony, and did attempt to do so.

**All in violation of Title 18, United States Code, Sections 933(a)(1) and 933(a)(3).**

## COUNT 4

### (Transfer of a Machinegun)

### The Grand Jury Further Charges That:

On or about July 13, 2023, in the Western District of New York, the defendant, **GINO PEACE SALTER**, did knowingly transfer a machinegun, as defined in Title 26, United States Code, Section 5845(b), that is, one (1) machine gun conversion device used to modify a Glock-style semi-automatic firearm, knowing and being aware of the essential characteristics of the machine gun conversion device which made it a machine gun.

**All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).**

## COUNT 5

### (Transfer of a Machinegun)

### The Grand Jury Further Charges That:

On or about July 21, 2023, in the Western District of New York, the defendant, **GINO PEACE SALTER**, did knowingly transfer a machinegun, as defined in Title 26, United States

Code, Section 5845(b), that is, one (1) machine gun conversion device used to modify a

Glock-style semi-automatic firearm, knowing and being aware of the essential characteristics

of the machine gun conversion device which made it a machine gun.

**All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).**


## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon conviction of Count 3 of this Indictment, the defendant, **GINO PEACE**

**SALTER**, shall forfeit to the United States, all his right, title, and interest in any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said

violation, and/or any of the defendant's property used, or intended to be used, in any manner

or part, to commit, or to facilitate the commission of, such violation including but not limited

to:

### MONETARY AMOUNT

> The sum of approximately two thousand five hundred fifty dollars ($2,550.00)
> in United States currency, or an amount to be determined by the Court, which
> sum of money is equal to the total amount of proceeds obtained as a result of
> the defendant's violation of Title 18, United States Code, Section 933.  In the
> event that the above sum is not available, then a forfeiture money judgment for
> the same amount will be entered against **GINO PEACE SALTER.**

If any of the property described above as being subject to forfeiture, as a result of any

act or omission of the defendant:

(a)     cannot be located upon the exercise of due diligence,

(b)     has been transferred or sold to, or deposited with, a third person,

(c)     has been placed beyond the jurisdiction of the Court,

(d)     has been substantially diminished in value, or

(e)     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to

Title 21, United States Code, Section 853(p).

**All pursuant to Title 18, United States Code, Sections 934(a)(1)(A) and**

**934(a)(1)(B), and Title 21, United States Code, Section 853(p).**


DATED:  Buffalo, New York, July 23, 2024.

TRINI E. ROSS
United States Attorney

BY:     S/STACEY N. JACOVETTI
        STACEY N. JACOVETTI
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5708
        Stacey.Jacovetti@usdoj.gov

A TRUE BILL:

S/FOREPERSON
FOREPERSON